UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of May, two thousand and fourteen,

John Baranski,

    Plaintiff - Appellant,

James LaCourte, on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

NCO Financial Systems, Inc.,

    Defendant - Appellee.

ORDER
Docket No. 14-1329

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

    The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

